UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL ERIC BROWN,

    Plaintiff,

v.                                      Case No. 3:22cv9071-TKW-HTC

OFFICER BURDETT,

    Defendant.
_____/

**ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27) and Plaintiff's "Memorandum of Opposition" (Doc. 28), which the Court construes as an objection to the Report and Recommendation. The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to exhaust administrative remedies.

    The Court did not overlook Plaintiff's argument that he exhausted his administrative remedies because the DOC Secretary "approved" his appeal in log number 21-6-35885. However, as the magistrate judge explained, *see* Doc. 27 at 9-10, the approval merely determined that the warden should consider Plaintiff's grievance appeal on the merits. After the warden reviewed the appeal and denied it

on the merits, Plaintiff did not seek administrative review of that decision—which means that he did not exhaust his administrative remedies on the merits of the grievance.

The Court also did not overlook Plaintiff's argument that Defendant did not provide copies of all his grievances and that the magistrate judge should have researched Plaintiff's "grievance log." This argument is meritless because (1) Plaintiff did not present any evidence or argument that calls into question the completeness of the grievance lists submitted by Defendant (Docs. 21-1, 21-2), and (2) neither the magistrate judge, nor the Court, has an obligation or the ability to independently research an inmate's "grievance log."

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to exhaust his administrative remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 27th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv9071-TKW-HTC